SUN KWONG ON v. UNITED STATES.

(Circuit Court, S. D. New York. November 13, 1909.)

No. 5,575.

CUSTOMS DUTIES (§ 30*)—CLASSIFICATION—SALTED CABBAGE—"PREPARED OR PRESERVED" VEGETABLES—"NATURAL STATE."

Hanks and balls of dried and salted cabbage, the salting and manipulation of which were done as a preparation fitting the cabbage for cooking purposes, and intended to be permanent, are dutiable as vegetables "prepared or preserved," under Tariff Act July 24, 1897, c. 11, § 1, Schedule G, par. 241, 30 Stat. 170 (U. S. Comp. St. 1901, p. 1649), and not as vegetables in their "natural state," under paragraph 257, 30 Stat. 171 (U. S. Comp. St. 1901, p. 1650).

[Ed. Note.—For other cases, see Customs Duties, Dec. Dig. § 30.*]

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes.

On Application for Review of a Decision by the Board of United States General Appraisers.

The decision below affirmed the assessment of duty by the collector of customs at the port of New York. The opinion filed by the Board of General Appraisers reads as follows, so far as pertinent:

WAITE, General Appraiser. These Chinese commodities, consisting of dried and salted cabbage, some varieties tied up in hanks or bundles and others rolled into balls, are claimed by the importers to be dutiable as vegetables in their "natural state," under Tariff Act July 24, 1897, c. 11, § 1, Schedule G, par. 257, 30 Stat. 171 (U. S. Comp. St. 1901, p. 1650). They were assessed as "prepared" vegetables, under paragraph 241, 30 Stat. 170 (U. S. Comp. St. 1901, p. 1649).

From the record and an examination of the commodities, it is evident that the salting is done as a preparation fitting the cabbage for cooking purposes —seasoning, in other words—because the drying in itself would be sufficient to preserve it, if only the preservation was in mind when it was prepared for shipment. We think the salting and manipulating for the purposes mentioned constitute a preparation, and remove the cabbage from the class of vegetables in their "natural state." A great variety of vegetables of this nature are imported; and it is exceedingly difficult to determine where the dividing line is between vegetables in their natural state and prepared vegetables, under the present condition of the law as set forth in the decisions of the courts. We think, however, it is safe and logical to hold that, wherever the commodity has gone through a preparation which is intended to be permanent or serves to prepare it in the way of seasoning for food, it is so far removed from a vegetable in its natural state as to be dutiable under paragraph 241 as a prepared vegetable.

We so hold in regard to the above-described merchandise, overruling the protests as to such goods.

Kammerlohr & Duffy (Joseph G. Kammerlohr, of counsel), for importer.

D. Frank Lloyd, Deputy Asst. Atty. Gen. (Thomas M. Lane, Asst. Counsel, of counsel), for the United States.

PLATT, District Judge. I think that these hanks and balls of salted cabbage received too much attention in China to warrant their classification as cabbage in its "natural state," under paragraph 257 of the tariff act of 1897. It was properly classified, under paragraph 241 of said act, as a "prepared or preserved" vegetable.

Decision of the Board affirmed.